JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEVI ROCKEFELLER,<br>　　　　Petitioner<br>　　v.<br>LOS ANGELES COUNTY SHERIFFS DEPARTMENT,<br>　　　　Respondent. | Case No. 2:19-cv-06858-DOC (GJS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order: Summarily Dismissing Petition; And Denying A Certificate Of Appealability,

　　IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

DATE: October 22, 2019

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE